No. 187, Misc. LATHAN *v.* REID. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Lawrence Speiser* and *Richard Arens* for petitioner. *Solicitor General Rankin, Assistant Attorney General Tyler, Harold H. Greene* and *David Rubin* for respondent. 

No. 246, Misc. BROWN *v.* NEW YORK. Appellate Division, Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 249, Misc. ALLEN *v.* SMYTH, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 259, Misc. BEGALKE *v.* UNITED STATES. Court of Claims. Certiorari denied. *Robert H. Reiter* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Morton Hollander* and *Donald H. Green* for the United States. 

No. 261, Misc. PLAYER *v.* STEINER, WARDEN. Court of Appeals of Maryland. Certiorari denied. 

No. 266, Misc. WHITAKER *v.* STEINER, WARDEN. Court of Appeals of Maryland. Certiorari denied.

No. 309, Misc. WOLSTENHOLME *v.* CITY OF OAKLAND ET AL. Supreme Court of California. Certiorari denied. *Lawrence Speiser* for petitioner. *Edward A. Goggin* for respondents.